```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 22254
   GORMAN DODSON
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-3469


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/28/07 .

   2.  The case was dismissed without confirmation, 01/11/2008.

------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG           .00            .00           .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE     NOT FILED            .00           .00
         Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00           .00          .00           .00           .00
PRINCIPAL PAID        .00           .00          .00           .00           .00
INTEREST PAID         .00           .00          .00           .00           .00
TOTAL PAID            .00           .00          .00           .00           .00
The Debtor's attorney, PRO SE DEBTOR               , was allowed $          .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .




   Dated: 04/16/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                                         PAGE   2
      CASE NO. 07 B 22254 GORMAN DODSON
```